# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Tybiz TS, LLC,<br>                              Debtor. | Case No. 22-01906-dd<br><br>**TRUSTEE'S REPORT OF SALE**<br><br>Chapter 7 |

**DATE OF SALE:**            March 13, 2023

**TYPE OF SALE:**            Private

**PROPERTY SOLD:**           Commercial building at 3102 Main Street, Newberry, SC 29108, Newberry County, TMS 397-1-2-71

**PURCHASER:**               John Voss, no relationship to Debtor

**GROSS SALES PRICE:**       $373,000.00

**SALES AGENT:**             Jackson L. Cobb, employed 9/6/2022

**COMMISSION PAID:**         $37,300.00 (10 %)

**EXPENSES OF SALE:**        $  2,567.73  county taxes 1/1/2023 - 3/13/2023
                             $14,097.40  2022 county taxes
                             $     245.00  fees to closing attorney
                             $  1,380.10  deed stamps

**LIENS PAID FROM SALES PROCEEDS:**   $256,418.77 Wells Fargo mortgage

**DEBTOR'S EXEMPTION:**      N/A

**NET TO ESTATE:**           $60,991.00

**AMOUNT DISBURSED TO DATE BY TRUSTEE:**   None disbursed

 

                                                           /s/Robert F. Anderson
                                                           Robert F. Anderson, Trustee
                                                           District Court ID #1091
March 15, 2023                              P.O. Box 76, Columbia, SC 29202
                                                           (803) 252-8600
                                                           bob@andersonlawfirm.net

| A. | Settlement Statement FINAL | U.S. Department of Housing and Urban Development | OMB Approval No. 2502-0265 |
|---|---|---|---|

**B. Type of Loan**

| 1. ☐ FHA  2. ☐ FmHA  3. ☐ Conv. Unins. 4. ☐ VA  5. ☐ Conv. Ins. | 6. File Number: 22-132570 | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: JOHN VOSS 1735 WEST C 48 BUSHNELL, FL 33513 | E. Name & Address of Seller: ROBERT F. ANDERSON, TRUSTEE IN BANKRUPTCY FOR TYBIZ TS, LLC 2217 D MATTHEWS TOWNSHIP PKWY SUITE 246 MATTHEWS, NC 28105 | F. Name & Address of Lender: ARMANDO ALONSO, AS TRUSTEE OF THE ARMANDO ALONSO FAMILY TRUST DATED NOVEMBER 3, 1993 9301 SILVER LAKE DRIVE LEESBURG, FL 34788 |
|---|---|---|

| G. Property Location: 3102 MAIN STREET NEWBERRY, SC 29108 (NEWBERRY) (397-1-2-71) | H. Settlement Agent: BLAIR CATO PICKREN CASTERLINE, LLC 925 E. MAIN STREET, UNIT A, LEXINGTON, SC 29072-4202 (803) 808-0100  Tax ID: 47-2323124 |
|---|---|
| | Place Of Settlement: 925 E. MAIN STREET, UNIT A, LEXINGTON, SC 29072-4202 (803) 808-0100 |  I. Settlement Date / Disbursement Date: 3/13/2023 / |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due From Borrower** | | **400. Gross Amount Due To Seller** | |
| 101. Contract sales price | $373,000.00 | 401. Contract sales price | $373,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (line 1400) | $7,700.00 | 403. | |
| 104. Net Payoff to | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due From Borrower** | **$380,700.00** | **420. Gross Amount Due To Seller** | **$373,000.00** |
| **200. Amounts Paid By Or In Behalf Of Borrower** | | **500. Reductions In Amount Due To Seller** | |
| 201. Deposit or Earnest Money | $25,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan | $419,440.30 | 502. Settlement Charges to Seller (line 1400) | $53,022.50 |
| 203. Existing loan taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan to Wells Fargo Bank, National | $256,418.77 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. Earnest money retained by | |
| 207. | | 507. Disbursed as proceeds ($25,000.00) | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes 1/1/2023 to 3/13/2023 @ $13,200.29/Year | $2,567.73 | 511. County taxes 1/1/2023 to 3/13/2023 @ $13,200.29/Year | $2,567.73 |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | **$447,008.03** | **520. Total Reduction Amount Due Seller** | **$312,009.00** |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount Due From Borrower (line 120) | $380,700.00 | 601. Gross Amount Due To Seller (line 420) | $373,000.00 |
| 302. Less Amounts Paid By/For Borrower (line 220) | $447,008.03 | 602. Less Deduction in Amt. Due To Seller (line 520) | $312,009.00 |
| 303. Cash ☐ From ☑ To Borrower | $66,308.03 | 603. Cash ☑ To ☐ From Seller | $60,991.00 |

*[Signature]*

Loan Number:    File Number: 22-132570    Page 1 of 4

| L. Settlement Charges | | |
|---|---|---|
| **700. Total Sales/Broker's Commission** <br> Division of Commission (line 700) as follows: | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
| 701. $22,380.00 to Cobb & Sabbagha Realty | | |
| 702. $14,920.00 to Coldwell Banker Residential Brokerage | | |
| 703. Commission paid at Settlement | | $37,300.00 |
| 704. | | |
| **800. Items Payable In Connection With Loan** | | |
| 801. Loan Origination Fee | | |
| 802. Loan Discount | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Insurance Application Fee | | |
| 807. Assumption Fee | | |
| **900. Items Required By Lender To Be Paid In Advance** | | |
| 901. Interest | | |
| 902. Mortgage Insurance Premium | | |
| 903. Hazard Insurance Premium | | |
| **1000. Reserves Deposited With Lender** | | |
| 1001. Hazard insurance | | |
| 1002. Mortgage insurance | | |
| 1003. City property taxes | | |
| 1004. County property taxes | | |
| 1005. Annual assessments | | |
| 1008. Aggregate accounting adjustment | | |
| **1100. Title Charges** | | |
| 1101. Settlement or closing fee to Blair Cato Pickren Casterline, LLC | $550.00 | |
| 1102. Abstract or title search to Blair Cato Pickren Casterline, LLC | $600.00 | |
| 1104. Title Commitment Fee to Blair Cato Pickren Casterline, LLC | $150.00 | |
| 1105. Document preparation to Blair Cato Pickren Casterline, LLC | $350.00 | |
| 1106. Notary fees | | |
| 1107. Attorney's fees to Blair Cato Pickren Casterline, LLC | $4,400.00 | |
| (includes above item numbers: ) | | |
| 1108. Title Insurance to Blair Cato Pickren Casterline, LLC | $1,360.00 | |
| (includes above item numbers: ) | | |
| 1109. Lender's coverage $550,000.00 Premium $1,260.00 to Blair Cato Pickren Casterline, LLC | | |
| 1110. Owner's coverage $373,000.00 Premium $100.00 to Blair Cato Pickren Casterline, LLC | | |
| 1113. See Addendum 1113 | $150.00 | $120.00 |
| 1114. Disbursement Fee to Blair Cato Pickren Casterline, LLC | | $100.00 |
| 1115. Update & Record Fee to Blair Cato Pickren Casterline, LLC | $100.00 | |
| 1116. UCC Search to Blair Cato Pickren Casterline, LLC | | $25.00 |
| **1200. Government Recording and Transfer Charges** | | |
| 1201. Recording fees: Deed $15.00;Mortgage $25.00;Release ; | $40.00 | |
| 1202. County tax/stamps: Deed $1,380.10;Mortgage ; | | $1,380.10 |
| 1203. State tax/stamps: Deed ; | | |
| **1300. Additional Settlement Charges** | | |
| 1301. Survey | | |
| 1302. Pest Inspection | | |
| 1304. 2022 Real Estate Taxes to Newberry County Treasurer | | $14,097.40 |
| **1400. Total Settlement Charges (enter on line 103, Section J and 502, Section K)** | **$7,700.00** | **$53,022.50** |



Loan Number:    File Number: 22-132570    Page 2 of 4

Substitute 1099-S (Copy B) Notice to Transferor/Filer (Seller): Certain Real Estate transactions are reportable to the IRS by the Settlement Agent. Information required to be reported includes Transferor's Name, Address and TIN/EIN, File Number, Date of Closing, Gross Proceeds, Address of property (including City, State and Zip) if Transferor received or will receive property or services as part of the Consideration, and Buyers part of the Real Estate Tax. You should consult your Tax Adviser regarding your obligation to report.

"This important tax information is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this item is required to be reported and the IRS determines that is has not been reported."

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief it is true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

**BORROWERS**

_____
JOHN VOSS

**SELLERS**

_____
Robert F. Anderson, Trustee in Bankruptcy for Tybiz TS, LLC

BY: _____
ITS: Ch. 7 Trustee

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or I will cause the funds to be disbursed in accordance with this statement.

**Blair Cato Pickren Casterline, LLC**

_____
C. BRU PENDER

Date
3/13/2023

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see; Title 18 U.S. Code Section 1001 and Section 1010.



Loan Number:                           File Number: 22-132570                           Page 3 of 4

Supplemental Page
HUD-1 Settlement Statement

| Addendum for 1100. Title Charges | Buyer | Seller |
|---|---|---|
| Addendum 1113 | | |
| a. Admin. Fee(s) to Blair Cato Pickren Casterline, LLC | $125.00 | $95.00 |
| b. DOR/DEW Search & Review to Blair Cato Pickren Casterline, LLC | $25.00 | $25.00 |
| Total: | $150.00 | $120.00 |

*[signatures]*

| Loan Number: | File Number: 22-132570 | Page 4 of 4 |
|---|---|---|